UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


Michael J. St. Pierre
    Plaintiff

V.                                                             CA 05-395S

Michael J. Astrue
    Defendant

## ORDER

    The Report and Recommendation of United States Magistrate Judge David L. Martin filed on July 26, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, Plaintiff's Motion to Remand is GRANTED and the matter is remanded to the Commissioner with instructions that the entire medical record be reviewed by a medical expert, with particular attention to the record regarding the worsening of Plaintiff's osteoarthritis, and that a determination be made as to whether plaintiff was under a disability at any time on or after July 8, 2004. Defendant's Motion to Affirm is DENIED.

BY ORDER:

/s/ *signature*
DEPUTY CLERK

ENTER:

/s/ *signature*
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 8/14/07